Walter Peña, SBN 247469
walterp@bewleylaw.com
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA  90602-1797
(562) 698-9771; (562) 309-8063 Fax

*Attorneys for Defendant*
*Beacon Oral Specialists Management LLC*

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONIA SARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>HUMPHREYS UNIVERSITY, A CALIFORNIA CORPORATION; BEACON ORAL SPECIALISTS MANAGEMENT LLC, A DELAWARE LIMITED LIABILITY COMPANY<br><br>    Defendants. | Case No: 2:23-CV-00658-DB<br><br>**DEFENDANT BEACON ORAL SPECIALISTS MANAGEMENT LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Beacon Oral Specialists Management LLC ("Defendant") states as follows:

Defendant is wholly owned by Beacon OSM Holdings LLC. No publicly held corporation owns more than 10% of Defendant.

Date: June 2, 2023           Respectfully submitted,

                            BEWLEY, LASSLEBEN & MILLER, LLP

                            _____
                            Walter Peña,
                            *Attorneys for Defendant Beacon Oral Specialists Management LLC*

-1-