Walter Peña, SBN 247469
walterp@bewleylaw.com
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA  90602-1797
(562) 698-9771; (562) 309-8063 Fax

*Attorneys for Defendant*
*Beacon Oral Specialists Management LLC*

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONIA SARTIN,<br><br>     Plaintiff,<br><br>vs.<br><br>HUMPHREYS UNIVERSITY, A CALIFORNIA CORPORATION; BEACON ORAL SPECIALISTS MANAGEMENT LLC, A DELAWARE LIMITED LIABILITY COMPANY<br><br>     Defendants. | Case No: 2:23-CV-00658-DB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  April 7, 2023<br><br>Current Response Date: June 7, 2023<br>New Response Date: June 19, 2023 |

Plaintiff Tonia Sartin ("Sartin" or "Plaintiff") and Defendant Beacon Oral Specialists Management LLC ("Beacon" or "Defendant"), through their respective undersigned counsel, hereby stipulate as follows:

1. Plaintiff served Defendant on May 17, 2023.

2. Defendant's initial deadline to respond to the First Amended Complaint was June 7, 2023.

3. Plaintiff and Defendant agree to extend the time for Defendant to respond to the First Amended Complaint until June 19, 2023, so that Defendant will have additional time to investigate this matter.

This change in response deadline will not alter the date of any event or any deadline already fixed by the Court order, local rules, or the Federal Rules of Civil Procedure.

Date: June 2, 2023     Respectfully submitted,

SEABOCK PRICE APC


*/s/ Christopher A. Seabock (as authorized on June 1, 2023)*
Christopher A. Seabock
*Attorney for Plaintiff*

Date: June 2, 2023     Respectfully submitted,

BEWLEY, LASSLEBEN & MILLER, LLP

_____
Walter Peña,
*Attorneys for Defendant Beacon Oral Specialists Management LLC*

-2-
STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT