**SEABOCK PRICE APC**
Dennis Price SBN 279082
Amanda Seabock SBN 289900
Christopher A. Seabock SBN 279640
117 E. Colorado Blvd, Suite 600
Pasadena, California 91105
Phone: 323-616-0490
dennis@seabockprice.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tonia Sartin,**  Plaintiff,  v.  **Humphreys University,** a California Corporation;  **Beacon Oral Specialists Management LLC,** a Delaware Limited Liability Company  Defendants. | Case:  2:23-cv-00658-DCJ-DB  **Notice of Non-Reply**  **Date:** August 17, 2023  **Time:** 1:30 PM  **Ctrm:** 10, 13th Floor  Hon. Judge Daniel J. Calabretta |

Defendant Beacon Oral Specialists Management LLC filed their motion to dismiss on June 20, 2023. The hearing date for that motion was set for August 17, 2023, nearly two months after filing. Plaintiff filed her opposition on June 23, 2023. Pursuant to Local Rules, a Reply must be filed "no later than ten (10) days after the opposition was filed" making Beacon's reply due July 3, 2023, which was not a weekend or court holiday.

No Reply was filed, nor was any timely extension of time sought. This failure of reply should be treated similarly as a failure to file an opposition and waive the opportunity to be heard on those issues raised at oral argument. L.R. Rule 230(c)

This Court issued an order after the Motion to Dismiss was filed continuing all Rule 16 and 26 deadlines pending resolution of the motion. As Humphreys University has already answered the complaint, and efficient litigation of this claim requires both Defendants to be actively involved in the matter, this matter is effectively stayed pending the outcome of this motion, which was set farther in advance than required for effective notice.

Plaintiff asks, pursuant to L.R. 230(g) that the court consider the record submitted as of July 3, 2023 and to either take the matter under submission or advance the hearing date if oral argument is still beneficial to the court.

Date: June 23, 2023               SEABOCK PRICE APC

                                  _____
                                  Dennis Price
                                  Attorney for Plaintiff