**SEABOCK PRICE APC**
Dennis Price SBN 279082
Amanda Seabock SBN 289900
Christopher A. Seabock SBN 279640
117 E. Colorado Blvd., Ste. 600
Pasadena, California 91105
Phone: 323-616-0490
amanda@seabockprice.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tonia Sartin,**<br><br>  Plaintiff,<br><br> v.<br><br>**Humphreys University,** a California Corporation;<br>**Beacon Oral Specialists Management LLC,** a Delaware Limited Liability Company<br><br>  Defendant | Case Number: 2:23-cv-00658-DCJ-DB<br><br>**NOTICE of intent to refile in California Superior Court** |

  Please take notice that Plaintiff intends to refile her claim in California Superior Court following this Court's Order Granting Defendant's Motion to Dismiss. Plaintiff requests the Court dismiss her ADA claim *without prejudice*.

  On August 8, 2023, the Court granted Defendant's motion to dismiss on the basis that Plaintiff had not sufficiently pled intent to return sufficiently to establish Article III standing: In the same Order, the Court declined to exercise supplemental jurisdiction over Plaintiff's state law claim and dismissed it without prejudice.

  However, Article III standing is not required in state court and this Court has made no findings as to the merits of Plaintiff's ADA claim, or its justiciability. Additionally, this Court

did not find that Plaintiff did not have standing, just that she had not sufficiently pled facts going to standing in the instant forum. Thus, there is no reason Plaintiff should not be allowed to refile her claim in state court.

Given that a violation of the ADA constitutes a violation of Unruh [Civ. Code § 51(f)], and Defendant has already signaled an intention to bifurcate the federal and state law claims, Plaintiff elects to ensure that her claims are resolved in a single forum. Litigating the ADA claim in a parallel federal proceeding to Plaintiff's state court Unruh case would consume judicial resources and be more costly and less efficient. Moreover, it would create the risk of inconsistent rulings on the same case and controversy.

Therefore, Plaintiff opts to not amend her federal ADA claim and continue to pursue it before this Court, but requests the dismissal be without prejudice to refiling in a court where her pleading of Article III standing is not relevant.

Date: September 6, 2023          **SEABOCK PRICE APC**

                                                ___/s/ Dennis Price_____

                                                Dennis Price
                                                Attorney for Plaintiff