**SEABOCK PRICE APC**
Dennis Price SBN 279082
Amanda Seabock SBN 289900
Christopher A. Seabock SBN 279640
117 E. Colorado Blvd., Ste. 600
Pasadena, California 91105
Phone: 323-616-0490
amanda@seabockprice.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tonia Sartin,**<br><br>     Plaintiff,<br><br>     v.<br><br>**Beacon Oral Specialists Management LLC,** a Delaware Limited Liability Company<br><br>     Defendant | Case Number:     2:23-cv-00658-DCJ-DB<br><br>**Dismissal Pursuant to FRCP 41(a)(1)(A)(i)** |

Please take notice that Plaintiff dismisses her claim in this court without prejudice pursuant to FRCP 41(a)(1)(A)(i) as to all remaining defendants.

No active defendant has filed an answer or motion for summary judgment.

Date: October 5, 2023                **SEABOCK PRICE APC**

                                     ___/s/ Dennis Price_____

                                     Dennis Price
                                     Attorney for Plaintiff

1

Dismissal FRCP 41(a)                                           2:23-cv-00658-DCJ-DB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28